THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony A. Heyward # 1,       
Appellant.
 
 
 

Appeal From Charleston County
Thomas L. Hughston, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-378
Submitted March 26, 2003  Filed June 
 3, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Ralph E. Hoisington, of N. Charleston; for Respondent.
 
 
 

PER CURIAM:  Appellant Anthony A. Heyward was indicted for kidnapping, 
 criminal sexual conduct (CSC) in the first degree, grand larceny of a motor 
 vehicle, and arson.  A jury convicted him of all charges, except arson.  The 
 trial court sentenced Heyward to thirty years each for CSC and kidnapping and 
 five years for grand larceny, with the sentences concurrent.  Heywards counsel 
 attached to the final brief a petition to be relieved as counsel stating she 
 had reviewed the record and concluded the appeal lacked merit.  Heyward filed 
 a pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Heywards appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CURETON, CONNOR and HUFF, JJ. concur.